**SHA-1 Hash:** 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4    **Title:**   Silvie Eufrat Strip Poker
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 97.69.213.3 | 5/11/2012 3:09 | Redford | MI | Bright House Networks | BitTorrent |
| 2 | 97.71.19.0 | 5/2/2012 21:00 | Farmington | MI | Bright House Networks | BitTorrent |
| 3 | 24.236.224.235 | 5/5/2012 13:02 | Mount Pleasant | MI | Charter Communications | BitTorrent |
| 4 | 68.188.227.95 | 5/15/2012 4:36 | Bay City | MI | Charter Communications | BitTorrent |
| 5 | 71.13.93.186 | 4/2/2012 18:57 | Bay City | MI | Charter Communications | BitTorrent |
| 6 | 75.133.94.8 | 4/15/2012 7:43 | Bay City | MI | Charter Communications | BitTorrent |
| 7 | 68.41.254.121 | 4/16/2012 18:48 | Walled Lake | MI | Comcast Cable | BitTorrent |
| 8 | 68.42.110.248 | 3/21/2012 21:59 | Lake Orion | MI | Comcast Cable | BitTorrent |
| 9 | 68.42.144.250 | 5/2/2012 4:06 | Clarkston | MI | Comcast Cable | BitTorrent |
| 10 | 68.42.72.81 | 3/17/2012 16:12 | Ann Arbor | MI | Comcast Cable | BitTorrent |
| 11 | 68.43.142.8 | 4/27/2012 0:09 | Plymouth | MI | Comcast Cable | BitTorrent |
| 12 | 68.43.18.28 | 5/2/2012 20:22 | Warren | MI | Comcast Cable | BitTorrent |
| 13 | 68.43.88.202 | 3/24/2012 0:26 | Lincoln Park | MI | Comcast Cable | BitTorrent |
| 14 | 68.60.169.12 | 4/21/2012 10:10 | Belleville | MI | Comcast Cable | BitTorrent |
| 15 | 69.245.114.158 | 3/16/2012 4:35 | Westland | MI | Comcast Cable | BitTorrent |
| 16 | 69.246.14.122 | 4/28/2012 5:08 | Troy | MI | Comcast Cable | BitTorrent |
| 17 | 71.227.119.178 | 4/28/2012 0:00 | Ann Arbor | MI | Comcast Cable | BitTorrent |
| 18 | 71.238.114.143 | 5/22/2012 7:53 | Flint | MI | Comcast Cable | BitTorrent |
| 19 | 71.238.127.176 | 3/29/2012 21:29 | Auburn Hills | MI | Comcast Cable | BitTorrent |
| 20 | 71.238.152.181 | 4/6/2012 20:37 | Roseville | MI | Comcast Cable | BitTorrent |
| 21 | 76.112.230.250 | 3/17/2012 13:02 | Ferndale | MI | Comcast Cable | BitTorrent |

EXHIBIT A

NEMI8

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 76.112.24.34 | 4/27/2012 6:39 | Rochester | MI | Comcast Cable | BitTorrent |
| 23 | 98.243.120.109 | 3/29/2012 13:44 | Sterling Heights | MI | Comcast Cable | BitTorrent |
| 24 | 98.243.153.65 | 3/25/2012 13:18 | Dearborn Heights | MI | Comcast Cable | BitTorrent |
| 25 | 98.243.170.132 | 3/17/2012 12:46 | Saline | MI | Comcast Cable | BitTorrent |
| 26 | 98.243.26.69 | 3/18/2012 15:48 | Utica | MI | Comcast Cable | BitTorrent |
| 27 | 24.192.149.172 | 5/5/2012 23:41 | Rochester | MI | WideOpenWest | BitTorrent |
| 28 | 67.149.93.44 | 5/8/2012 7:04 | Madison Heights | MI | WideOpenWest | BitTorrent |

EXHIBIT A

NEMI8