**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-28,

    Defendants.

_____/

Civil Action No. 2:12-cv-12598-MAG-LJM

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE 23 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 23 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 23 was assigned the IP Address 98.243.120.109. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 23 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: August 22, 2012

    Respectfully submitted,

    By: /s/ *Paul J. Nicoletti*
    Paul J. Nicoletti
    pauljnicoletti@gmail.com
    LAW OFFICE OF NICOLETTI &
    ASSOCIATES, PLLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, Michigan 48304
    Phone: (248) 203-7800
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By: /s/ *Paul J. Nicoletti*
>Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 23 ONLY has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

This 22nd day of August, 2012.

>/s/ *Paul J. Nicoletti*
>Paul J. Nicoletti