## INDEX OF EXHIBITS

Exhibit A    Supoena to Comcast Corporation to Produce Documents (07/09/2012)

Exhibit B    Order Allowing Plaintiff to Subpoena Cox Communications for Identify of John Doe 1 (06/27/2012)

Exhibit C    Order Granting in Part and Denying in Part Plaintiff's Motion for Leave to Serve Third Party Subpoenas (06/14/2012)

Exhibit D    Case – *West Coast Productions, Inc. v. Swarm Sharing Hash Files, et al.*, D.E. 15, *Ruling*, Case 6:12-cv-01713 at *3 (WD La. August 17, 2012)

Exhibit E    Case – *First Time Videos, LLC v. Does 1-46*, Case No. 11-cv-04431 (S.D. Tex. June 8, 2012)

Exhibit F    Unreported Cases