UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIAL LLC,

                              Plaintiff,

v.

JOHN DOE, *et al.*,

                              Defendants.
_____/

Civil Action No. 12-cv-12598
Honorable Gershwin A. Drain

## **ORDER : re STATUS CONFERENCE**

      This action was recently filed with this Court. The parties appeared for a status conference on this date, and to ensure the efficient resolution of this case, the Court ORDERS as follows:

      Parties shall attend a Status Conference on February 26, 2013 at 10:30 a.m.

     SO ORDERED.

/s/ Gershwin A. Drain

Dated: January 25, 2013         GERSHWIN A. DRAIN
                                         UNITED STATES DISTRICT JUDGE