UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                              Plaintiff(s),

v.                                                   Case No. 4:12−cv−12598−GAD−LJM
                                                              Hon. Gershwin A. Drain

John Does 1−28,

                              Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: February 26, 2013 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/T Bankston
                                                      Case Manager

Dated: January 28, 2013